**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

WESTERN DISTRICT OF MICHIGAN

Case number *(if known)* _____    Chapter __11__

☐ Check if this an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy
06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | Debtor's name | **Turbo Components, Inc.** |
| 2. | All other names debtor used in the last 8 years <br> Include any assumed names, trade names and *doing business as* names | |
| 3. | Debtor's federal Employer Identification Number (EIN) | **20-2641916** |

4. Debtor's address

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **14680 Apple Drive** <br> **Fruitport, MI 49415** <br> Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Ottawa** <br> County | Location of principal assets, if different from principal place of business |
| | Number, Street, City, State & ZIP Code |

5. Debtor's website (URL) _____

6. Type of debtor

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Turbo Components, Inc.**                                                     Case number (*if known*) _____
     Name

---

**7.** **Describe debtor's business**

    A. *Check one:*

    ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

    ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

    ☐ Railroad (as defined in 11 U.S.C. § 101(44))

    ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

    ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

    ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

    ■ None of the above

    B. *Check all that apply*

    ☐ Tax-exempt entity (as described in 26 U.S.C. §501)

    ☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

    ☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

    C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

    _____

---

**8.** **Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

    *Check one:*

    ☐ Chapter 7

    ☐ Chapter 9

    ■ Chapter 11. *Check **all** that apply:*

        ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ■ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

        ☐ A plan is being filed with this petition.

        ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

        ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

        ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

    ☐ Chapter 12

---

**9.** **Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

    ■ No.
    ☐ Yes.

    District _____   When _____   Case number _____

    District _____   When _____   Case number _____

---

Debtor    **Turbo Components, Inc.**                                    Case number (*if known*) _____
      Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | |
|---|---|---|
| Debtor _____ | | Relationship _____ |
| District _____ | When _____ | Case number, if known _____ |

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____

    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.   Insurance agency _____

        Contact name _____

        Phone _____

■ **Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Turbo Components, Inc.**                                        Case number (*if known*)
Name

☐ $50,001 - $100,000            ☐ $10,000,001 - $50  million      ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000           ☐ $50,000,001 - $100 million      ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million         ☐ $100,000,001 - $500 million     ☐ More than $50 billion

Debtor   **Turbo Components, Inc.**                                    Case number (*if known*) _____
         Name

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **April 28, 2023**
              MM / DD / YYYY

**X** **/s/ Brad Fortenbacher**                          **Brad Fortenbacher**
Signature of authorized representative of debtor          Printed name

Title   **President**

**18. Signature of attorney**

**X** **/s/ A. Todd Almassian**                Date   **April 28, 2023**
Signature of attorney for debtor                      MM / DD / YYYY

**A. Todd Almassian P55467**
Printed name

**Keller & Almassian, PLC**
Firm name

**230 East Fulton**
**Grand Rapids, MI 49503**
Number, Street, City, State & ZIP Code

Contact phone   **616-364-2100**      Email address   **ecf@kalawgr.com**

**P55467 MI**
Bar number and State

**Fill in this information to identify the case:**

Debtor name        **Turbo Components, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)    _____

☐ Check if this is an amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.  18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

■    *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)

■    *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

■    *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

■    *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

■    *Schedule H: Codebtors* (Official Form 206H)

■    *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐    Amended *Schedule* _____

■    *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐    Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **April 28, 2023**          X **/s/ Brad Fortenbacher**
                                                  Signature of individual signing on behalf of debtor

                                                  **Brad Fortenbacher**
                                                  Printed name

                                                  **President**
                                                  Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Turbo Components, Inc.** |
| United States Bankruptcy Court for the: | **WESTERN DISTRICT OF MICHIGAN** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Grow Michigan, LLC c/o Randy Long Two Lone Pine Road Bloomfield Hills, MI 48304** | **James E. Morgan, Esq.** jem@h2law.com **(248) 645-1483** | **Security Agreement** | | $863,087.22 | $1,462,223.00 | $798,097.22 |
| **Beck Aluminum International 6150 Parkland Blvd Suite 260 Cleveland, OH 44124** | **Jean R. Robertson, Esq.** Jean@beckalum.com **(440) 684-4848** | **Supplier** | | | | $613,664.98 |
| **Internal Revenue Service PO Box 7346 Centralized Insolvency Philadelphia, PA 19101-7346** | **Internal Revenue Service** | **Federal Withholding and FICA** | | | | $515,484.31 |
| **BorgWarner Turbo Systems, LLC c/o Dennis W. Loughlin, Esq. Warner Norcross & Judd LLP 2715 Woodward Ave, Ste. 300 Detroit, MI 48201** | **Dennis W. Loughlin, Esq.** dloughlin@wnj.com **(313) 546-6186** | **Customer, Mortgage Holder, Security Agreement** | | $593,386.66 | $1,462,223.00 | $301,371.57 |
| **State of Michigan Dept. of Treasury PO Box 30754 Lansing, MI 48909** | **State of Michigan** | **Michigan Withholding** | | | | $134,771.08 |
| **Aalberts Surface Technologies 200 Wedcor Avenue Wabash, IN 46992** | **Aalberts Surface Tehcnologies** **(888) 747-2533** | **Services** | | | | $27,770.85 |

Debtor    **Turbo Components, Inc.**                                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Production Tool Supply** 4782- 44th Street SE Grand Rapids, MI 49512 | **Production Tool Supply** (616) 956-6353 | **Supplier** | | | | $24,589.72 |
| **HA International, LLC** PO Box 5164 Carol Stream, IL 60197 | **HA International, LLC** (630) 575-5700 | **Supplier** | | | | $19,613.30 |
| **Priority Health** 3915 Momentum Place Chicago, IL 60689 | **Priority Health** | **Group Insurance Plan** | | | | $16,586.05 |
| **Resource Recovery Corporation** 15220 68th Ave Coopersville, MI 49404 | **Resource Recovery Corporation** (616) 837-1885 | **Services** | | | | $13,116.78 |
| **Dkyehouse Company** 18438 171st Ave Spring Lake, MI 49456 | **Dkyehouse Company** (616) 842-3591 | **Supplier** | | | | $11,606.00 |
| **Motio Business Technology** 22 South Harbor Drive Suite 103 Grand Haven, MI 49417 | **Eric Woiteshek** (616) 935-7720 | **Services** | | | | $11,353.48 |
| **McDanel Advance Ceramics** 510 Ninth Avenue Beaver Falls, PA 15010 | **McDanel Advance Ceramics** (724) 843-8300 | **Services** | | | | $10,286.08 |
| **Carpenter Brothers, Inc.** PO Box 88113 Milwaukee, WI 53288-0113 | **Carpenter Brothers, Inc.** (800) 558-9244 | **Supplier** | | | | $8,924.13 |
| **MTMIC** PO Box 673911 Detroit, MI 48267 | **MTMIC** (248) 488-1172 | **Insurance Premiums** | | | | $7,941.00 |
| **Kanthal Thermal Process, Inc.** 48941 West Road Wixom, MI 48393 | (704) 784-3001 | **Services** | | | | $5,787.60 |

Debtor   **Turbo Components, Inc.**                                    Case number *(if known)*
     Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **Creative Machine Repair, LLC 3056 Dixie Ave, Suite D Grandville, MI 49418** | **(616) 773-9957** | **Services** | | | | **$3,970.54** |
| **Calvin Meeusen Co., CPA PLLC 600 S. Beacon Blvd Suite 1A Grand Haven, MI 49417** | **(616) 846-6210** | **Services** | | | | **$3,868.58** |
| **Norton Packaging Corporation 16859 Hayes Street Grand Haven, MI 49417** | **(616) 846-2511** | **Services** | | | | **$3,717.25** |
| **Star Truck Rentals, Inc. 2580 Black Creek Road Muskegon, MI 49444** | **(231) 737-2117** | **Services** | | | | **$3,684.57** |

**Fill in this information to identify the case:**

Debtor name  **Turbo Components, Inc.**

United States Bankruptcy Court for the:  WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
amended filing

Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals
**12/15**

| Part 1: | Summary of Assets |
| --- | --- |

1.  **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

   1a. **Real property:**
   Copy line 88 from *Schedule A/B*............................................................................ $     **570,000.00**

   1b. **Total personal property:**
   Copy line 91A from *Schedule A/B*....................................................................... $     **1,850,069.14**

   1c. **Total of all property:**
   Copy line 92 from *Schedule A/B*.......................................................................... $     **2,420,069.14**

| Part 2: | Summary of Liabilities |
| --- | --- |

2.  **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
   Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*..................... $     **2,604,374.79**

3.  **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

   3a. **Total claim amounts of priority unsecured claims:**
   Copy the total claims from Part 1 from line 5a of *Schedule E/F*........................................................... $     **657,160.05**

   3b. **Total amount of claims of nonpriority amount of unsecured claims:**
   Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................. +$     **1,385,743.57**

4.  **Total liabilities** ..........................................................................................................
   Lines 2 + 3a + 3b

   $     **4,647,278.41**

Software Copyright (c) 1996-2023 Best Case, LLC - www.bestcase.com

| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **Turbo Components, Inc.** |
| United States Bankruptcy Court for the: | WESTERN DISTRICT OF MICHIGAN |
| Case number (if known) | |

☐ Check if this is an
amended filing

## Official Form 206A/B
# Schedule A/B: Assets - Real and Personal Property          12/15

**Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).**

**Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.**

**For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.**

### Part 1:          Cash and cash equivalents

1. **Does the debtor have any cash or cash equivalents?**

☐ No.  Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 3.    **Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
| 3.1.   **Comerica Bank** | **Checking account** | | $24,013.72 |

4.    **Other cash equivalents** *(Identify all)*

| 5.    **Total of Part 1.** | $24,013.72 |
|---|---|

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

### Part 2:          Deposits and Prepayments

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7.    **Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1.   **Lothamer Tax Resolution (Terminate Agreement)** | $7,500.00 |
|---|---|
| 8.2.   **Keller & Almassian, PLC** | $12,891.00 |

Debtor    **Turbo Components, Inc.**                                    Case number *(If known)* _____
          Name

8.3.    **Distel Thiede Advisory Services** _____    $13,964.92

8.4.    **Deposit on parts from H&R Spring** _____    $6,525.00

9.    **Total of Part 2.**                                              | $40,880.92 |
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
☑ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:    **134,411.23**    -    **0.00**    = ....    $134,411.23
                            face amount              doubtful or uncollectible accounts

12.    **Total of Part 3.**                                             | $134,411.23 |
      Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

☑ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
☑ Yes Fill in the information below.

| | General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|---|
| 19. | **Raw materials** **Purchase** **Materials/Services** | **2/2/2023** | **$20,000.00** | **Recent cost** | **$20,000.00** |
| 20. | **Work in progress** **Metal and Material** **Inventory** | **2/2/2023** | **$339,460.63** | **Revenue based** | **$339,460.63** |
| 21. | **Finished goods, including goods held for resale** **Finished goods** | **2/2/2023** | **$190,000.00** | **Revenue based** | **$190,000.00** |

Debtor   **Turbo Components, Inc.**                                          Case number *(If known)* _____
         Name

| **Tooling Projects** | 2/2/2023 | $74,902.64 | Revenue based | $74,902.64 |

22.     **Other inventory or supplies**

23.     **Total of Part 5.**                                                    | $624,363.27 |

        Add lines 19 through 22.  Copy the total to line 84.

24.     **Is any of the property listed in Part 5 perishable?**
        ■ No
        ☐ Yes

25.     **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
        ■ No
        ☐ Yes. Book value _____ Valuation method _____ Current Value _____

26.     **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
        ■ No
        ☐ Yes

Part 6:    **Farming and fishing-related assets (other than titled motor vehicles and land)**

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

        ■ No.  Go to Part 7.
        ☐ Yes Fill in the information below.

Part 7:    **Office furniture, fixtures, and equipment; and collectibles**

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

        ☐ No.  Go to Part 8.
        ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39.  **Office furniture**<br>**Various desks and work areas; Assorted office chairs; Computers; Various filing and storage cabinets; Assorted Printers; Fax Machine, Etc.** | $7,500.00 | Appraisal | $7,500.00 |
| 40.  **Office fixtures** | | | |
| 41.  **Office equipment, including all computer equipment and communication systems equipment and software**<br>**One 1/2 rack cabinet enclosure, one rack mountable uninterruptible power supply, and one rack mountable Microsoft Windows Server fault tolerant redunant host server (Equipment Lease from Motio Business Technology)** | $0.00 | Appraisal | $0.00 |

42.     **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
        books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
        collections; other collections, memorabilia, or collectibles

| Debtor | **Turbo Components, Inc.** | Case number *(If known)* |
| | Name | |

43. **Total of Part 7.**
Add lines 39 through 42.  Copy the total to line 86.

| | $7,500.00 |
| --- | --- |

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | **Machinery, equipment, and vehicles** |

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers<br>(i.e., VIN, HIN, or N-number) | Net book value of<br>debtor's interest<br>(Where available) | Valuation method used<br>for current value | Current value of<br>debtor's interest |
| --- | --- | --- | --- |

47. **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles**

| | | | | |
| --- | --- | --- | --- | --- |
| 47.1. | **2019 International Daycab Tractor**<br>**VIN 3HSDWTZR0KN403951**<br>**(Tractor leased from Star Truck Rentals)** | $0.00 | Appraisal | $0.00 |
| 47.2. | **2006 Chevy Silverado** | $2,500.00 | Comparable sale | $2,500.00 |

48. **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors,
floating homes, personal watercraft, and fishing vessels

49. **Aircraft and accessories**

50. **Other machinery, fixtures, and equipment (excluding farm
machinery and equipment)**

| | | | |
| --- | --- | --- | --- |
| **One (1) New Green Sand Expert ETA 3000<br>Control System<br>(Equipment loan with Huntington Bank)** | $0.00 | Appraisal | $0.00 |
| **(1) 2016 Mitsubishi, Model: FG30N, S/N:<br>AF1300058<br>(Leased Equipment from Industrial Leasing,<br>LLC)** | $0.00 | Appraisal | $0.00 |
| **(1) 2013 Jungheinrich Forklift, Model:<br>ETR230-36V, S/N: 2JR3207904<br>(Leased Equipment from Industrial Leasing,<br>LLC)** | $0.00 | Appraisal | $0.00 |
| **One (1) New Holding Bale Out Furnace<br>together with all accessories<br>(Equipment loan with Huntington Bank)** | $0.00 | Appraisal | $0.00 |

Debtor    **Turbo Components, Inc.**                                    Case number *(If known)* _____
          <sub>Name</sub>

| | | | | |
|---|---|---|---|---|
| **Machinery and Equipment (Appraisal includes limited secured/leased property)** | $716,400.00 | Appraisal | | $716,400.00 |
| **Tooling** | $300,000.00 | Liquidation | | $300,000.00 |
| **Mattei EM 1000 460/3 Open Air Compressor and Great Lakes Air Dryer (Leased equipment from Midland Equipment Finance)** | $0.00 | Appraisal | | $0.00 |

51.    **Total of Part 8.**                                                      | $1,018,900.00 |
       Add lines 47 through 50. Copy the total to line 87.

52.    **Is a depreciation schedule available for any of the property listed in Part 8?**
       ■ No
       ☐ Yes

53.    **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
       ☐ No
       ■ Yes

**Part 9:**    **Real property**

54. **Does the debtor own or lease any real property?**

   ☐ No. Go to Part 10.
   ■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1. **14680 Apple Drive Fruitport, MI 49415 (Machine Shop) (Expected Transaction Range $470,000-$600,000)** | Fee Owner | $470,000.00 | Appraisal | $470,000.00 |
| 55.2. **0 Apple Drive Fruitport, MI 49415 (Vacant Land- 4 Acres) (Expected transaction range $100,000-$150,000)** | Fee Owner | $100,000.00 | Appraisal | $100,000.00 |

56.    **Total of Part 9.**                                                      | $570,000.00 |
       Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.

Debtor    **Turbo Components, Inc.**                                    Case number *(If known)* _____
          Name

Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
       ☑ No
       ☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
       ☐ No
       ☑ Yes

**Part 10:**    **Intangibles and intellectual property**

59. **Does the debtor have any interests in intangibles or intellectual property?**

    ☑ No.  Go to Part 11.
    ☐ Yes Fill in the information below.

**Part 11:**    **All other assets**

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

    ☑ No.  Go to Part 12.
    ☐ Yes Fill in the information below.

Debtor    **Turbo Components, Inc.**                                    Case number *(If known)* _____
　　　　　Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $24,013.72 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $40,880.92 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $134,411.23 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $624,363.27 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $7,500.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $1,018,900.00 | |
| 88. **Real property.** *Copy line 56, Part 9....................................................................>* | | $570,000.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $1,850,069.14 | + 91b.  $570,000.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $2,420,069.14 |

| Fill in this information to identify the case: |
|---|

Debtor name **Turbo Components, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an
  amended filing

## Official Form 206D
## Schedule D: Creditors Who Have Claims Secured by Property          12/15

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☐ Yes. Fill in all of the information below.

| Part 1: | List Creditors Who Have Secured Claims |
|---|---|

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A | Column B |
|---|---|---|---|
| | | **Amount of claim** | **Value of collateral that supports this claim** |
| | | Do not deduct the value of collateral. | |

**2.1** **BorgWarner Turbo Systems, LLC**
Creditor's Name

**c/o Dennis W. Loughlin, Esq.**
**Warner Norcross & Judd LLP**
**2715 Woodward Ave, Ste. 300**
**Detroit, MI 48201**
Creditor's mailing address

**dloughlin@wnj.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

| Describe debtor's property that is subject to a lien | $593,386.66 | $1,462,223.00 |
|---|---|---|
| **Real and Personal Property Lien (All Asset)** | | |

**Describe the lien**
**Second Mortgage and All Asset Lien**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.2** **Comerica Bank**
Creditor's Name

**39200 Six Mile Road**
**MC 7578**
**Livonia, MI 48152**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

| Describe debtor's property that is subject to a lien | $806,172.22 | $1,462,223.00 |
|---|---|---|
| **All Asset Lien** | | |

**Describe the lien**
**Line of Credit- UCC Financing Statement**

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No

Debtor   **Turbo Components, Inc.**

Name

Case number (if known) _____

**2012-**

**Last 4 digits of account number**

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.3 | **Comerica Bank** | Describe debtor's property that is subject to a lien | $102,599.85 | $1,462,223.00 |

Creditor's Name

**39200 Six Mile Road**
**MC 7578**
**Livonia, MI 48152**

Creditor's mailing address

**Real and Personal Property Lien (All Assets)**

**Describe the lien**

**First Mortgage and UCC Financing Statement**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**2012-**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.4 | **Comerica Bank** | Describe debtor's property that is subject to a lien | $7,500.00 | $1,462,223.00 |

Creditor's Name

**99 Monroe Ave**
**Suite 1000**
**Grand Rapids, MI 49503**

Creditor's mailing address

**Credit Card/All Asset Lien**

**Describe the lien**

**Cross-collateralized loan**

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

Creditor's email address, if known

**Date debt was incurred**

**2012-**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**

☑ No

☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply

☐ Contingent

☐ Unliquidated

☐ Disputed

---

| 2.5 | **Comerica Bank** | Describe debtor's property that is subject to a lien | $31,910.98 | $1,462,223.00 |

---

Debtor    **Turbo Components, Inc.**                                    Case number (if known)
_____
Name

Creditor's Name                                    **All Asset Lien**
**39200 Six Mile Road**
**MC 7578**
**Livonia, MI 48152**
_____
Creditor's mailing address                         **Describe the lien**
                                                   **Note Payable - UCC Financing Statement**
                                                   **Is the creditor an insider or related party?**
                                                   ■ No
                                                   ☐ Yes
Creditor's email address, if known                 **Is anyone else liable on this claim?**
                                                   ☐ No
**Date debt was incurred**                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2012-**
**Last 4 digits of account number**

**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor,                      ☐ Unliquidated
including this creditor and its relative           ☐ Disputed
priority.

---

2.6  **Comerica Bank**                             **Describe debtor's property that is subject to a lien**    $157,024.86    $1,462,223.00
Creditor's Name                                    **All Asset Lien**
**39200 Six Mile Road**
**MC 7578**
**Livonia, MI 48152**
_____
Creditor's mailing address                         **Describe the lien**
                                                   **Term Note- UCC Financing Statement**
                                                   **Is the creditor an insider or related party?**
                                                   ■ No
                                                   ☐ Yes
Creditor's email address, if known                 **Is anyone else liable on this claim?**
                                                   ☐ No
**Date debt was incurred**                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2012-**
**Last 4 digits of account number**

**Do multiple creditors have an**                  **As of the petition filing date, the claim is:**
**interest in the same property?**                 Check all that apply
■ No                                               ☐ Contingent
☐ Yes. Specify each creditor and its               ☐ Unliquidated
including this creditor and its relative           ☐ Disputed
priority.

---

2.7  **Grow Michigan, LLC**                        **Describe debtor's property that is subject to a lien**    $863,087.22    $1,462,223.00
Creditor's Name                                    **All Personal Property Asset Lien**
**c/o Randy Long**
**Two Lone Pine Road**
**Bloomfield Hills, MI 48304**
_____
Creditor's mailing address                         **Describe the lien**
                                                   **UCC Financing Statement**
                                                   **Is the creditor an insider or related party?**
**jem@h2law.com**                                  ■ No
_____            ☐ Yes
Creditor's email address, if known                 **Is anyone else liable on this claim?**
                                                   ☐ No
**Date debt was incurred**                         ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**2020-**
**Last 4 digits of account number**

---

Debtor  **Turbo Components, Inc.**
_____
Name

Case number (if known) _____

---

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.8 | **Huntington Bank** | **Describe debtor's property that is subject to a lien** | $13,653.00 | $13,653.00 |
|---|---|---|---|---|
| | Creditor's Name | **One (1) New Green Sand Expert ETA 3000 Control System (Chemical Bank UCC Financing Statement)** | | |
| | **41 S. High Street Columbus, OH 43215** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC Financing Statement- Equipment Loan** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **6/2019-** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 2.9 | **Huntington Bank** | **Describe debtor's property that is subject to a lien** | $29,040.00 | $29,040.00 |
|---|---|---|---|---|
| | Creditor's Name | **One (1) New Holding Bale Out Furnace together with all accessories (TCF National Bank UCC Financing Statement)** | | |
| | **PO Box 1527 Midland, MI 48641** | | | |
| | Creditor's mailing address | **Describe the lien** | | |
| | | **UCC Financing Statement- Equipment Loan** | | |
| | | **Is the creditor an insider or related party?** | | |
| | | ■ No | | |
| | Creditor's email address, if known | ☐ Yes | | |
| | | **Is anyone else liable on this claim?** | | |
| | **Date debt was incurred** | ■ No | | |
| | **2019-** | ☐ Yes. Fill out _Schedule H: Codebtors_ (Official Form 206H) | | |
| | **Last 4 digits of account number** | | | |

| | |
|---|---|
| **Do multiple creditors have an interest in the same property?** | **As of the petition filing date, the claim is:** Check all that apply |
| ■ No | ☐ Contingent |
| ☐ Yes. Specify each creditor, including this creditor and its relative priority. | ☐ Unliquidated |
| | ☐ Disputed |

---

| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | $2,604,374.79 |
|---|---|---|

**Part 2:**  **List Others to Be Notified for a Debt Already Listed in Part 1**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

Debtor   **Turbo Components, Inc.**
_____
Name

Case number (*if known*) _____

**If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.**

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **Comerica Bank**<br>**c/o Dan Kubiak, Esq.**<br>**900 Monroe Ave NW**<br>**Grand Rapids, MI 49503** | Line **2.2** | |
| **Comerica Bank**<br>**c/o Dan Kubiak, Esq.**<br>**900 Monroe Ave NW**<br>**Grand Rapids, MI 49503** | Line **2.3** | |
| **Comerica Bank**<br>**c/o Dan Kubiak, Esq.**<br>**900 Monroe Ave NW**<br>**Grand Rapids, MI 49503** | Line **2.5** | |
| **Comerica Bank**<br>**c/o Dan Kubiak, Esq.**<br>**900 Monroe Ave NW**<br>**Grand Rapids, MI 49503** | Line **2.6** | |
| **James E. Morgan, Esq**<br>**Howard & Howard Attorneys PLLC**<br>**450 West Fourth Street**<br>**Royal Oak, MI 48067** | Line **2.7** | |

Official Form 206D          Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**          page 5 of 5

---

**Fill in this information to identify the case:**

Debtor name   **Turbo Components, Inc.**

United States Bankruptcy Court for the:   WESTERN DISTRICT OF MICHIGAN

Case number (if known) _____

☐ Check if this is an
   amended filing

---

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                               12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ☑ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | Total claim | Priority amount |
|---|---|---|---|
| **2.1** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Centralized Insolvency**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $515,484.31 | $513,967.47 |
| Date or dates debt was incurred<br>**2021-** | Basis for the claim:<br>**Federal Withholding and FICA** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |
| **2.2** Priority creditor's name and mailing address<br>**Internal Revenue Service**<br>**PO Box 7346**<br>**Centralized Insolvency**<br>**Philadelphia, PA 19101-7346** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $3,468.94 | $3,468.94 |
| Date or dates debt was incurred<br>**2021-** | Basis for the claim:<br>**FUTA** | | |
| Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (8) | Is the claim subject to offset?<br>☑ No<br>☐ Yes | | |

---

Debtor  **Turbo Components, Inc.**                                              Case number *(if known)* _____
_____
Name

| 2.3 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,435.72 | $3,435.72 |

**2.3** Priority creditor's name and mailing address
**Internal Revenue Service**
**PO Box 7346**
**Centralized Insolvency**
**Philadelphia, PA 19101-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,435.72      $3,435.72

Date or dates debt was incurred
**2022-**

Basis for the claim:
**FUTA**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.4** Priority creditor's name and mailing address
**Michigan Unemployment Agency**
**3024 West Grand Blvd.**
**Tax Office, Suite 11-500**
**Detroit, MI 48202-6024**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00      $0.00

Date or dates debt was incurred
**2021-**

Basis for the claim:
**Unemployment**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.5** Priority creditor's name and mailing address
**State of Michigan**
**Dept. of Treasury**
**PO Box 30754**
**Lansing, MI 48909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$134,771.08      $134,771.08

Date or dates debt was incurred
**2021-**

Basis for the claim:
**Michigan Withholding**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

**Part 2:    List All Creditors with NONPRIORITY Unsecured Claims**

**3.    List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
out and attach the Additional Page of Part 2.**

|  |  | **Amount of claim** |

**3.1** Nonpriority creditor's name and mailing address
**Aalberts Surface Technologies**
**200 Wedcor Avenue**
**Wabash, IN 46992**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$27,770.85

Date(s) debt was incurred  **1/2023-**

Last 4 digits of account number  **8876**

Basis for the claim:  **Services**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.2** Nonpriority creditor's name and mailing address
**Action Industrial Supply**
**2400 Olthoff Drive**
**Muskegon, MI 49444**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,491.97

Date(s) debt was incurred  **2/2023-**

Last 4 digits of account number  **2375**

Basis for the claim:  **Supplier**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor   **Turbo Components, Inc.**                                  Case number (*if known*) _____
_____
Name

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,273.91 |

**3.3** Nonpriority creditor's name and mailing address
**Airgas USA, LLC**
**6055 Rockside Woods Blvd.**
**Independence, OH 44131**

Date(s) debt was incurred  **1/2023-**

Last 4 digits of account number  **3947**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☐ No ☐ Yes

$1,273.91

---

**3.4** Nonpriority creditor's name and mailing address
**All Kut Tool, Inc.**
**601 Davy Lane**
**Wilmington, IL 60481**

Date(s) debt was incurred  **2/2023-**

Last 4 digits of account number  **2122**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

$1,021.76

---

**3.5** Nonpriority creditor's name and mailing address
**Applied Industrial Tech**
**22510 Network Place**
**Chicago, IL 60673-1225**

Date(s) debt was incurred  **1/2023-**

Last 4 digits of account number  **4712**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☐ No ☐ Yes

$1,652.51

---

**3.6** Nonpriority creditor's name and mailing address
**Beck Aluminum International**
**6150 Parkland Blvd**
**Suite 260**
**Cleveland, OH 44124**

Date(s) debt was incurred  **Filed 6/2022-**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ☐ No ☐ Yes

$613,664.98

---

**3.7** Nonpriority creditor's name and mailing address
**Benchmark Manufacturing**
**856 E. Broadway Ave**
**Muskegon, MI 49444**

Date(s) debt was incurred  **3/2022-**

Last 4 digits of account number  **1710**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ☐ No ☐ Yes

$2,250.00

---

**3.8** Nonpriority creditor's name and mailing address
**Brad & Patsy Fortenbacher**
**536 Ranch Road**
**Muskegon, MI 49441**

Date(s) debt was incurred  **2012-**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loans**

Is the claim subject to offset? ■ No ☐ Yes

$559,250.00

---

**3.9** Nonpriority creditor's name and mailing address
**Calhoun Foundry Company, Inc.**
**506 S. Clay Street**
**Homer, MI 49245**

Date(s) debt was incurred  **12/2022-**

Last 4 digits of account number  **6046**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Turbo Components, Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,868.58**

Calvin Meeusen Co., CPA PLLC
600 S. Beacon Blvd
Suite 1A
Grand Haven, MI 49417

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **12/2022-**

**Basis for the claim:  Services**

Last 4 digits of account number  **2022**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$8,924.13**

Carpenter Brothers, Inc.
PO Box 88113
Milwaukee, WI 53288-0113

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2023-**

**Basis for the claim:  Supplier**

Last 4 digits of account number  **8134**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.12** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Charter Communications
Spectrum Business
400 Washington Blvd
Stamford, CT 06902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:  Ongoing utility services
Notice Only**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.13** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$296.48**

Chase Nedrow Industries
150 Landrow Drive
Wixom, MI 48393

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2023-**

**Basis for the claim:  Services**

Last 4 digits of account number  **8534**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.14** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Consumers Energy
PO Box 740309
Cincinnati, OH 45274

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023-**

**Basis for the claim:  Ongoing utility services
Notice Only**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.15** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,970.54**

Creative Machine Repair, LLC
3056 Dixie Ave, Suite D
Grandville, MI 49418

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **10/2022-**

**Basis for the claim:  Services**

Last 4 digits of account number  **4159**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.16** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$500.00**

Creston Industrial Sales, Inc.
1150 Front Ave NW
Grand Rapids, MI 49504

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2021-**

**Basis for the claim:  Supplier**

Last 4 digits of account number  **4710**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Turbo Components, Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $704.90 |
|---|---|---|---|

**Delta Dental of Michigan**
4100 Okemos Road
Okemos, MI 48864

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2023-**

Last 4 digits of account number  **4358**

Basis for the claim:  **Group Insurance Plan**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $11,606.00 |
|---|---|---|---|

**Dkyehouse Company**
18438 171st Ave
Spring Lake, MI 49456

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/2022-**

Last 4 digits of account number  **5905**

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,260.00 |
|---|---|---|---|

**East River Mach. & Tool, Inc.**
1701 Wierengo Drive
Muskegon, MI 49442

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **3/2023-**

Last 4 digits of account number  **4633**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,966.88 |
|---|---|---|---|

**ESSG**
PO Box 741383
Atlanta, GA 30374

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2021-**

Last 4 digits of account number  **9992**

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,747.92 |
|---|---|---|---|

**Express Services**
PO Box 945434
Atlanta, GA 30394

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2021-**

Last 4 digits of account number  **8488**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $567.00 |
|---|---|---|---|

**FastTrack Staffing Solutions**
PO Box 1866
Ocala, FL 34478

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **11/2022-**

Last 4 digits of account number  **6537**

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $19,613.30 |
|---|---|---|---|

**HA International, LLC**
PO Box 5164
Carol Stream, IL 60197

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2/2023-**

Last 4 digits of account number  **7565**

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Turbo Components, Inc.**                                    Case number (*if known*) _____
        _____
        Name

---

| 3.24 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$180.00** |
|---|---|---|---|

**Herschal Products, Inc.**
**3778 Timberlake Drive**
**Richfield, OH 44286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2023-

**Basis for the claim:**  Services

Last 4 digits of account number  3293

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$782.36** |
|---|---|---|---|

**Howes and Howes Trucking**
**PO Box 159**
**Mesick, MI 49668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2023-

**Basis for the claim:**  Services

Last 4 digits of account number  6195

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,439.35** |
|---|---|---|---|

**ICS Corporation**
**4675 Talon Court**
**Grand Rapids, MI 49512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  2/2023-

**Basis for the claim:**  Services

Last 4 digits of account number  0872

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$434.95** |
|---|---|---|---|

**Integrity Business Solutions**
**6548 Schamber Drive**
**Muskegon, MI 49444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  1/2023-

**Basis for the claim:**  Services

Last 4 digits of account number  3983

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$5,787.60** |
|---|---|---|---|

**Kanthal Thermal Process, Inc.**
**48941 West Road**
**Wixom, MI 48393**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2022-

**Basis for the claim:**  Services

Last 4 digits of account number  1647

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,766.45** |
|---|---|---|---|

**Keyence**
**500 Park Blvd, Suite 200**
**Itasca, IL 60143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  10/2022-

**Basis for the claim:**  Supplier

Last 4 digits of account number  5900

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$10,286.08** |
|---|---|---|---|

**McDanel Advance Ceramics**
**510 Ninth Avenue**
**Beaver Falls, PA 15010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  12/2022-

**Basis for the claim:**  Services

Last 4 digits of account number  9855

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Turbo Components, Inc.**
_____   Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br>**McMaster-Carr**<br>**PO Box 7690**<br>**Chicago, IL 60680**<br><br>Date(s) debt was incurred  **2/2023-**<br>Last 4 digits of account number  **2534** | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Services**<br><br>Is the claim subject to offset? ■ No  ☐ Yes |

**$698.27**

| | |
|---|---|
| 3.32 | **Nonpriority creditor's name and mailing address**<br>**Medler Electric Co.**<br>**2155 Redman Drive**<br>**Alma, MI 48801**<br><br>Date(s) debt was incurred  **7/2016-**<br>Last 4 digits of account number  **7001** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$2.87**

| | |
|---|---|
| 3.33 | **Nonpriority creditor's name and mailing address**<br>**Methods Machine Tool, Inc.**<br>**2155 Redman Drive**<br>**Alma, MI 48801**<br><br>Date(s) debt was incurred  **2/2023-**<br>Last 4 digits of account number  **5564** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$112.00**

| | |
|---|---|
| 3.34 | **Nonpriority creditor's name and mailing address**<br>**Michigan Gas**<br>**PO Box 19001**<br>**Green Bay, WI 54307**<br><br>Date(s) debt was incurred  **2023-**<br>Last 4 digits of account number  **_** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Ongoing utility services Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

| | |
|---|---|
| 3.35 | **Nonpriority creditor's name and mailing address**<br>**Mike Thompson**<br>**80 W. Pontaluna Road**<br>**Norton Shores, MI 49444**<br><br>Date(s) debt was incurred  **2/2023-**<br>Last 4 digits of account number  **1280** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$375.00**

| | |
|---|---|
| 3.36 | **Nonpriority creditor's name and mailing address**<br>**Motio Business Technology**<br>**22 South Harbor Drive**<br>**Suite 103**<br>**Grand Haven, MI 49417**<br><br>Date(s) debt was incurred  **11/2022-**<br>Last 4 digits of account number  **3795** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Services**

Is the claim subject to offset? ■ No  ☐ Yes

**$11,353.48**

| | |
|---|---|
| 3.37 | **Nonpriority creditor's name and mailing address**<br>**MTMIC**<br>**PO Box 673911**<br>**Detroit, MI 48267**<br><br>Date(s) debt was incurred  **1/2023-**<br>Last 4 digits of account number  **4500** |

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Insurance Premiums**

Is the claim subject to offset? ■ No  ☐ Yes

**$7,941.00**

Debtor    **Turbo Components, Inc.**
_____    Case number (if known) _____
Name

| | |
|---|---|

**3.38**

**Nonpriority creditor's name and mailing address**
**Muv-All Industrial Services**
**2645 Ninth Street**
**Muskegon, MI 49444**

Date(s) debt was incurred  **12/2017-**

Last 4 digits of account number  **9038**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$2,000.00**

---

**3.39**

**Nonpriority creditor's name and mailing address**
**Norton Packaging Corporation**
**16859 Hayes Street**
**Grand Haven, MI 49417**

Date(s) debt was incurred  **1/2023-**

Last 4 digits of account number  **4283**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$3,717.25**

---

**3.40**

**Nonpriority creditor's name and mailing address**
**Orion Machine, Inc.**
**392 Irwin Ave**
**Muskegon, MI 49442**

Date(s) debt was incurred  **2/2023-**

Last 4 digits of account number  **0273**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$352.00**

---

**3.41**

**Nonpriority creditor's name and mailing address**
**Paddock Tool Co., Inc.**
**7939 SW 29th Street**
**Topeka, KS 66614**

Date(s) debt was incurred  **2/2023-**

Last 4 digits of account number  **3629**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Services**

Is the claim subject to offset? ■ No ☐ Yes

**$504.31**

---

**3.42**

**Nonpriority creditor's name and mailing address**
**Priority Health**
**3915 Momentum Place**
**Chicago, IL 60689**

Date(s) debt was incurred  **2/2023-**

Last 4 digits of account number  **3474**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Group Insurance Plan**

Is the claim subject to offset? ■ No ☐ Yes

**$16,586.05**

---

**3.43**

**Nonpriority creditor's name and mailing address**
**Production Tool Supply**
**4782- 44th Street SE**
**Grand Rapids, MI 49512**

Date(s) debt was incurred  **1/2023-**

Last 4 digits of account number  **6850**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$24,589.72**

---

**3.44**

**Nonpriority creditor's name and mailing address**
**Professional Building Services**
**PO Box 111**
**Frankenmuth, MI 48734**

Date(s) debt was incurred  **9/2021-**

Last 4 digits of account number  **2784**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Supplier**

Is the claim subject to offset? ■ No ☐ Yes

**$450.00**

---

Debtor   **Turbo Components, Inc.**

Name

Case number (*if known*)

| | |
|---|---|
| 3.45 | **Nonpriority creditor's name and mailing address** |

**Pyrotek, Inc-USA**
**PO Box 203024**
**Dallas, TX 75320**

Date(s) debt was incurred  __1/2023-__

Last 4 digits of account number  __8685__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Supplier__

Is the claim subject to offset? ■ No ☐ Yes

**$249.20**

---

| | |
|---|---|
| 3.46 | **Nonpriority creditor's name and mailing address** |

**Quality Door of Muskegon, Inc.**
**2481 Van Ommen Drive**
**Holland, MI 49424**

Date(s) debt was incurred  __3/2022-__

Last 4 digits of account number  __0240__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

**$2,600.00**

---

| | |
|---|---|
| 3.47 | **Nonpriority creditor's name and mailing address** |

**Quality Spectrometer Services**
**4017 Washington Road**
**PMB 108**
**McMurray, PA 15317**

Date(s) debt was incurred  __1/2023-__

Last 4 digits of account number  __4500__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

**$2,300.00**

---

| | |
|---|---|
| 3.48 | **Nonpriority creditor's name and mailing address** |

**R & L Carriers**
**PO Box 271**
**Wilmington, OH 45177-0271**

Date(s) debt was incurred  __2/2023-__

Last 4 digits of account number  __1128__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

**$400.57**

---

| | |
|---|---|
| 3.49 | **Nonpriority creditor's name and mailing address** |

**Resource Recovery Corporation**
**15220 68th Ave**
**Coopersville, MI 49404**

Date(s) debt was incurred  __9/2022-__

Last 4 digits of account number  __3094__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

**$13,116.78**

---

| | |
|---|---|
| 3.50 | **Nonpriority creditor's name and mailing address** |

**Shoreline Metal Fabricators**
**1880 Park Street**
**Muskegon, MI 49441**

Date(s) debt was incurred  __8/2021-__

Last 4 digits of account number  __6702__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

**$1,150.74**

---

| | |
|---|---|
| 3.51 | **Nonpriority creditor's name and mailing address** |

**Solve Metrology, LLC**
**2940 44th Street, Suite 1**
**Grandville, MI 49418**

Date(s) debt was incurred  __4/2022-__

Last 4 digits of account number  __2840__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Services__

Is the claim subject to offset? ■ No ☐ Yes

**$2,189.00**

---

Debtor   **Turbo Components, Inc.**
_____
Name

Case number *(if known)* _____

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $922.25 |
|---|---|---|---|

**Spindle Grinding Service, Inc.**
**PO Box 128**
**Albion, MI 49224**

Date(s) debt was incurred  10/2022-

Last 4 digits of account number  2112

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $392.53 |
|---|---|---|---|

**Spring Lake Ace Hardware**
**605 Whitehall Road**
**N. Muskegon, MI 49445**

Date(s) debt was incurred  2/2023-

Last 4 digits of account number  2023

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.54 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $3,684.57 |
|---|---|---|---|

**Star Truck Rentals, Inc.**
**2580 Black Creek Road**
**Muskegon, MI 49444**

Date(s) debt was incurred  3/2023-

Last 4 digits of account number  3571

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.55 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $840.00 |
|---|---|---|---|

**Sun Down Sheet Metal**
**5677 Airline Road**
**Fruitport, MI 49415**

Date(s) debt was incurred  1/2023-

Last 4 digits of account number  9253

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.56 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tuttle Manufacturing**
**1032 W. Northwest Hwy**
**Barrington, IL 60010**

Date(s) debt was incurred  3/2022-

Last 4 digits of account number  0192

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Supplier

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.57 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $289.43 |
|---|---|---|---|

**Uline**
**PO Box 88741**
**Chicago, IL 60680**

Date(s) debt was incurred  2/2023-

Last 4 digits of account number  7763

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $46.02 |
|---|---|---|---|

**UPS**
**PO Box 809488**
**Chicago, IL 60680**

Date(s) debt was incurred  3/2023-

Last 4 digits of account number  3103

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  Services

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Turbo Components, Inc.**                                        Case number (if known) _____
         Name

| | |
|---|---|

**3.59**

**Nonpriority creditor's name and mailing address**

**Village of Spring Lake**
**Water/Sewer Services**
**102 W. Savidge Street**
**Spring Lake, MI 49456**

Date(s) debt was incurred  **2023-**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ongoing utility services**
**Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.60**

**Nonpriority creditor's name and mailing address**

**Waste Management**
**800 Capital Street, Ste. 3000**
**Houston, TX 77002**

Date(s) debt was incurred  **2023-**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Ongoing utility services**
**Notice Only**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.61**

**Nonpriority creditor's name and mailing address**

**Weber Grinding Co.**
**18438 171st Ave**
**Spring Lake, MI 49456**

Date(s) debt was incurred  **2/2023**

Last 4 digits of account number  **5795**

As of the petition filing date, the claim is: Check all that apply.                    **$2,202.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.62**

**Nonpriority creditor's name and mailing address**

**Zion Machine & Mfg, LLC**
**16673 148th Ave, Suite 2**
**Spring Lake, MI 49456**

Date(s) debt was incurred  **3/2019-**

Last 4 digits of account number  **5263**

As of the petition filing date, the claim is: Check all that apply.                    **$1,523.38**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Services**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.63**

**Nonpriority creditor's name and mailing address**

**Zoro Tools, Inc.**
**909 Asbury Drive**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred  **1/2023-**

Last 4 digits of account number  **8622**

As of the petition filing date, the claim is: Check all that apply.                    **$1,076.65**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Supplier**

Is the claim subject to offset? ■ No  ☐ Yes

---

**Part 3:**   **List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | **Jean R. Robertson, Esq.**<br>**6150 Parkland Blvd**<br>**Paragon II, Suite 260**<br>**Cleveland, OH 44124** | Line  **3.6**<br><br>☐ Not listed. Explain ____ | _ |
| 4.2 | **Steve Bylenga, Esq.**<br>**25 Division Ave S.**<br>**Ste. 500**<br>**Grand Rapids, MI 49503** | Line  **3.8**<br><br>☐ Not listed. Explain ____ | _ |

Debtor  **Turbo Components, Inc.**                                          Case number (*if known*) _____
         _____
         Name

| Part 4: | Total Amounts of the Priority and Nonpriority Unsecured Claims |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 657,160.05 |
| **5b. Total claims from Part 2** | 5b. + | $ 1,385,743.57 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 2,042,903.62 |

| Fill in this information to identify the case: |
|---|

Debtor name    **Turbo Components, Inc.**

United States Bankruptcy Court for the:    WESTERN DISTRICT OF MICHIGAN

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.    **Does the debtor have any executory contracts or unexpired leases?**
☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal    Property* (Official Form 206A/B).

| **2. List all contracts and unexpired leases** | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|
| 2.1.    State what the contract or lease is for and the nature of the debtor's interest | **Former 401K Plan Administrator Fees \*Inactive account since 12/2020. Debtor to reject this contract.** |
| State the term remaining |  |
| List the contract number of any government contract | **ADP 1 Adp Blvd Roseland, NJ 07068** |
| 2.2.    State what the contract or lease is for and the nature of the debtor's interest | **Gas Cylinder Rentals \*Debtor to assume this contract.** |
| State the term remaining    **Lease expires 9/9/2023** | **Airgas USA, LLC 6055 Rockside Woods Blvd. Independence, OH 44131** |
| List the contract number of any government contract |  |
| 2.3.    State what the contract or lease is for and the nature of the debtor's interest | **Tax Resolution Contract \*Debtor to reject this contract.** |
| State the term remaining |  |
| List the contract number of any government contract | **Andrew Campbell, CPA Lothamer Tax Resolution 3626 Dunckel Road Lansing, MI 48910** |
| 2.4.    State what the contract or lease is for and the nature of the debtor's interest | **Employee Dental Plan \*Debtor to assume this contract.** |
| State the term remaining    **Month-to-Month** | **Delta Dental of Michigan 4100 Okemos Road Okemos, MI 48864** |
| List the contract number of any government contract |  |

Debtor 1  **Turbo Components, Inc.**

First Name          Middle Name          Last Name

Case number *(if known)*

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **(1) 2016 Mitsubishi, Model: FG30N, S/N: AF1300058 (Leased Equipment) *Debtor to assume this lease.** | |
|---|---|---|---|
| | State the term remaining | **Lease expires 12/29/2024** | **Industrial Leasing, LLC 1825 Monroe Ave NW Grand Rapids, MI 49505** |
| | List the contract number of any government contract | | |

| 2.6. | State what the contract or lease is for and the nature of the debtor's interest | **(1) 2013 Jungheinrich Forklift, Model: ETR230-36V, S/N: 2JR3207904 (Leased Equipment) *Debtor to assume this lease.** | |
|---|---|---|---|
| | State the term remaining | **Lease expires 12/29/2024** | **Industrial Leasing, LLC 1825 Monroe Ave NW Grand Rapids, MI 49505** |
| | List the contract number of any government contract | | |

| 2.7. | State what the contract or lease is for and the nature of the debtor's interest | **Mattei EM 1000 460/3 Open Air Compressor and Great Lakes Air Dryer (Equipment Lease) *Debtor to assume this lease.** | |
|---|---|---|---|
| | State the term remaining | **Lease expires 8/13/2024** | **Midland Equipment Finance PO Box 24245 Seattle, WA 98124** |
| | List the contract number of any government contract | | |

Debtor 1    **Turbo Components, Inc.**

First Name        Middle Name        Last Name

Case number *(if known)* _____

 **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.8. | State what the contract or lease is for and the nature of the debtor's interest | **Service Equipment Rental: One 1/2 rack cabinet enclosure, one rack mountable uninterruptible power supply, and one rack mountable Microsoft Windows Server fault tolerant redundant host server. (Leased equipment) *Debtor to assume this lease.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **Motio Business Technology 22 South Harbor Drive Suite 103 Grand Haven, MI 49417** |
| | List the contract number of any government contract | | |

| 2.9. | State what the contract or lease is for and the nature of the debtor's interest | **Employee Medial Plan *Debtor to assume this contract.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **Priority Health 1231 E. Beltline NE Grand Rapids, MI 49525** |
| | List the contract number of any government contract | | |

| 2.10. | State what the contract or lease is for and the nature of the debtor's interest | **2019 International Daycab Tractor VIN 3HSDWTZR0KN403951 (Leased Tractor) *Debtor to assume this lease.** | |
|---|---|---|---|
| | State the term remaining | **Lease expires 9/1/2023** | **Star Truck Rentals, Inc. 2580 Black Creek Road Muskegon, MI 49444** |
| | List the contract number of any government contract | | |

| 2.11. | State what the contract or lease is for and the nature of the debtor's interest | **Commerical Lease Agreement (Foundry Property) *Debtor to assume this lease.** | |
|---|---|---|---|
| | State the term remaining | **Month-to-Month** | **TNB, L.L.C. 536 Ranch Road Muskegon, MI 49441** |
| | List the contract number of any government contract | | |

**Fill in this information to identify the case:**

Debtor name **Turbo Components, Inc.**

United States Bankruptcy Court for the: WESTERN DISTRICT OF MICHIGAN

Case number (if known)

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| **Name** | | **Mailing Address** | **Name** | *Check all schedules that apply:* |
| 2.1 | **Brad Fortenbacher** | **536 Ranch Road Muskegon, MI 49441** | **Comerica Bank** | ■ D __2.2__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.2 | **Brad Fortenbacher** | **536 Ranch Road Muskegon, MI 49441** | **Comerica Bank** | ■ D __2.3__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.3 | **Brad Fortenbacher** | **536 Ranch Road Muskegon, MI 49441** | **Comerica Bank** | ■ D __2.5__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.4 | **Brad Fortenbacher** | **536 Ranch Road Muskegon, MI 49441** | **Comerica Bank** | ■ D __2.6__ <br> ☐ E/F _____ <br> ☐ G _____ |
| 2.5 | **Brad Fortenbacher** | **536 Ranch Road Muskegon, MI 49441** | **Grow Michigan, LLC** | ■ D __2.7__ <br> ☐ E/F _____ <br> ☐ G _____ |

Debtor    **Turbo Components, Inc.**          Case number *(if known)* _____

▉ **Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

Column 1: **Codebtor** | Column 2: **Creditor**

| | Codebtor | | Creditor | |
|---|---|---|---|---|
| 2.6 | Brad Fortenbacher | 536 Ranch Road Muskegon, MI 49441 | BorgWarner Turbo Systems, LLC | ■ D __2.1__ ☐ E/F ____ ☐ G ____ |
| 2.7 | Mark Sweany | 4822 McMillan Muskegon, MI 49445 | Comerica Bank | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.8 | Mark Sweany | 4822 McMillan Muskegon, MI 49445 | Comerica Bank | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |
| 2.9 | Mark Sweany | 4822 McMillan Muskegon, MI 49445 | Comerica Bank | ■ D __2.5__ ☐ E/F ____ ☐ G ____ |
| 2.10 | Mark Sweany | 4822 McMillan Muskegon, MI 49445 | Comerica Bank | ■ D __2.6__ ☐ E/F ____ ☐ G ____ |
| 2.11 | Mark Sweany | 4822 McMillan Muskegon, MI 49445 | Grow Michigan, LLC | ■ D __2.7__ ☐ E/F ____ ☐ G ____ |
| 2.12 | Patsy Fortenbacher | 536 Ranch Road Muskegon, MI 49441 | Comerica Bank | ■ D __2.2__ ☐ E/F ____ ☐ G ____ |
| 2.13 | Patsy Fortenbacher | 536 Ranch Road Muskegon, MI 49441 | Comerica Bank | ■ D __2.3__ ☐ E/F ____ ☐ G ____ |

Debtor   **Turbo Components, Inc.**                        Case number *(if known)*

**Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | Column 1: **Codebtor** | | Column 2: **Creditor** | |
|---|---|---|---|---|
| 2.14 | **Patsy Fortenbacher** | 536 Ranch Road Muskegon, MI 49441 | **Comerica Bank** | ■ D   **2.5**   ☐ E/F ____   ☐ G ____ |
| 2.15 | **Patsy Fortenbacher** | 536 Ranch Road Muskegon, MI 49441 | **Comerica Bank** | ■ D   **2.6**   ☐ E/F ____   ☐ G ____ |
| 2.16 | **Patsy Fortenbacher** | 536 Ranch Road Muskegon, MI 49441 | **Grow Michigan, LLC** | ■ D   **2.7**   ☐ E/F ____   ☐ G ____ |
| 2.17 | **TNB, L.L.C.** | 536 Ranch Road Muskegon, MI 49441 | **Comerica Bank** | ■ D   **2.5**   ☐ E/F ____   ☐ G ____ |
| 2.18 | **TNB, L.L.C.** | 536 Ranch Road Muskegon, MI 49441 | **Comerica Bank** | ■ D   **2.2**   ☐ E/F ____   ☐ G ____ |
| 2.19 | **TNB, L.L.C.** | 536 Ranch Road Muskegon, MI 49441 | **Comerica Bank** | ■ D   **2.3**   ☐ E/F ____   ☐ G ____ |
| 2.20 | **TNB, L.L.C.** | 536 Ranch Road Muskegon, MI 49441 | **Comerica Bank** | ■ D   **2.6**   ☐ E/F ____   ☐ G ____ |
| 2.21 | **TNB, L.L.C.** | 536 Ranch Road Muskegon, MI 49441 | **Grow Michigan, LLC** | ■ D   **2.7**   ☐ E/F ____   ☐ G ____ |

Debtor    **Turbo Components, Inc.**                                            Case number *(if known)* _____

---

| | **Additional Page to List More Codebtors** |
|---|---|

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

*Column 1:* **Codebtor**                                                      *Column 2:* **Creditor**

| 2.22 | **TNB, L.L.C.** | **536 Ranch Road**<br>**Muskegon, MI 49441** | **BorgWarner Turbo**<br>**Systems, LLC** | ■ D ___2.1___<br>☐ E/F _____<br>☐ G _____ |
|---|---|---|---|---|

---

**Fill in this information to identify the case:**

Debtor name __**Turbo Components, Inc.**__

United States Bankruptcy Court for the: __WESTERN DISTRICT OF MICHIGAN__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 207
# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy

04/22

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

### Part 1:  Income

1. **Gross revenue from business**

   ☐ None.

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|
| **From the beginning of the fiscal year to filing date:**<br>From  **1/01/2023** to **Filing Date** | ■ Operating a business<br>☐ Other _____ | **$1,615,618.09** |
| **For prior year:**<br>From  **1/01/2022** to **12/31/2022** | ■ Operating a business<br>☐ Other _____ | **$5,100,949.84** |
| **For year before that:**<br>From  **1/01/2021** to **12/31/2021** | ■ Operating a business<br>☐ Other _____ | **$4,952,799.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

| Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|
|  |  |

### Part 2:  List Certain Transfers Made Before Filing for Bankruptcy

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|

Debtor    **Turbo Components, Inc.**                                    Case number *(if known)*

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.1. **Motio Business Technology**<br>**22 South Harbor Drive**<br>**Suite 103**<br>**Grand Haven, MI 49417** | **Within the past 90 days** | $20,562.25 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Leased equipment** |
| 3.2. **TNB, L.L.C.**<br>**536 Ranch Road**<br>**Muskegon, MI 49441** | **Within the past 90 days** | $9,000.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Commercial Lease Agreement** |
| 3.3. **Michigan Unemployment Agency**<br>**3024 West Grand Blvd.**<br>**Tax Office, Suite 11-500**<br>**Detroit, MI 48202-6024** | 2/21/2023 | $21,024.86 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Tax Liabilities- Bank Account Levy** |
| 3.4. **Aalberts Surface Technologies**<br>**200 Wedcor Avenue**<br>**Wabash, IN 46992** | **Within the past 90 days** | $40,318.88 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **COD Equivalent** |
| 3.5. **Beck Aluminum International**<br>**6150 Parkland Blvd**<br>**Suite 260**<br>**Cleveland, OH 44124** | **Within the past 90 days** | $210,561.37 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **COD** |
| 3.6. **Carpenter Brothers, Inc.**<br>**PO Box 88113**<br>**Milwaukee, WI 53288-0113** | **Within the past 90 days** | $25,095.54 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **COD Equivalent** |
| 3.7. **Comerica Bank**<br>**39200 Six Mile Road**<br>**MC 7578**<br>**Livonia, MI 48152** | **Within the past 90 days** | $157,377.91 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

Debtor  **Turbo Components, Inc.**                                  Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.8.  **Consumers Energy**<br>**PO Box 740309**<br>**Cincinnati, OH 45274** | **Within the past 90 days** | $62,225.29 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.9.  **DMG MORI USA, Inc.**<br>**2400 Huntington Blvd**<br>**Hoffman Estates, IL 60192** | **Within the past 90 days** | $9,114.40 | ☐ Secured debt<br>■ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.10.  **HA International, LLC**<br>**PO Box 5164**<br>**Carol Stream, IL 60197** | **Within the past 90 days** | $43,065.70 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other__ **COD Equivalent** |
| 3.11.  **Internal Revenue Service**<br>**PO Box 7346**<br>**Centralized Insolvency**<br>**Philadelphia, PA 19101-7346** | **Within the past 90 days** | $107,376.48 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ **Withholding Taxes** |
| 3.12.  **IPFS Corporation**<br>**11th Floor**<br>**1055 Broadway**<br>**Kansas City, MO 64105** | **Within the past 90 days** | $15,571.84 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other__ **Insurance Premium** |
| 3.13.  **Michigan Gas**<br>**PO Box 19001**<br>**Green Bay, WI 54307** | **Within the past 90 days** | $50,861.93 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>☐ Other___ |
| 3.14.  **State of Michigan**<br>**Office of Child Support**<br>**PO Box 30478**<br>**Lansing, MI 48909** | **Within the past 90 days** | $10,779.43 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other__ **Child Support Payments withheld from employee wages.** |

Debtor   **Turbo Components, Inc.** _____   Case number _(if known)_ _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>_Check all that apply_ |
|---|---|---|---|
| 3.15 **MTMIC**<br>**PO Box 673911**<br>**Detroit, MI 48267** | **Within the past 90 days** | $7,941.00 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Insurance premium** |
| 3.16 **Ottawa County Treasurer**<br>**12270 Fillmore Street #155**<br>**West Olive, MI 49460** | **Within the past 90 days** | $20,735.25 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Property Taxes** |
| 3.17 **Priority Health**<br>**3915 Momentum Place**<br>**Chicago, IL 60689** | **Within the past 90 days** | $62,648.35 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **Group Health Insurance Plan** |
| 3.18 **Production Tool Supply**<br>**4782- 44th Street SE**<br>**Grand Rapids, MI 49512** | **Within the past 90 days** | $29,396.47 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other **COD Equivalent** |
| 3.19 **Star Truck Rentals, Inc.**<br>**2580 Black Creek Road**<br>**Muskegon, MI 49444** | **Within the past 90 days** | $24,713.01 | ■ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Leased equipment** |
| 3.20 **State Heat Treat, Inc.**<br>**520 32nd Street SE**<br>**Grand Rapids, MI 49548** | **Within the past 90 days** | $10,895.81 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other **COD Equivalent** |
| 3.21 **State of Michigan**<br>**Dept. of Treasury**<br>**PO Box 30754**<br>**Lansing, MI 48909** | **Within the past 90 days** | $57,857.64 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>■ Other **Withholding taxes** |

Debtor   **Turbo Components, Inc.**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3.22. **Z-Alloy, Inc.**<br>**11059 Broadway**<br>**Crown Point, IN 46307** | **Within the<br>past 90 days** | $66,553.13 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>■ Suppliers or vendors<br>☐ Services<br>■ Other  **COD Equivalent** |
| 3.23. **C. DeYoung (Employee)** | **Within the<br>past 90 days** | $8,365.52 | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>■ Services<br>■ Other  **Employee replacement<br>checks for outstanding payroll<br>checks prior to 11/14/2022.** |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $7,575. (This amount may be adjusted on 4/01/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Brad Fortenbacher**<br>**536 Ranch Road**<br>**Muskegon, MI 49441**<br>**President** | **Within the<br>past year** | $52,252.47 | **Wages** |
| 4.2. **American Express**<br>**c/o Brad Fortenbacher**<br>**PO Box 981537**<br>**El Paso, TX 79998**<br>**President's Business Credit Card** | **Within the<br>past year** | $18,000.00 | **Business Expense<br>Reimbursements on Brad<br>Fortenbacher's charge account** |
| 4.3. **Jay Fortenbacher**<br>**3025 Dawes Road**<br>**Muskegon, MI 49441**<br>**President's Son** | **Within the<br>past year** | $60,118.08 | **Wages** |
| 4.4. **Jill Fortenbacher**<br>**3999 Harris Drive**<br>**Muskegon, MI 49441**<br>**President's Mom** | **Within the<br>past year** | $10,000.00 | **Loan repayment- Borrowed and<br>repaid within 2 weeks.** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

| Debtor | Turbo Components, Inc. | Case number *(if known)* | |
|--------|----------------------|------------------------|---|

■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|------------------------------|------------------------------------------|------------------------|--------|

## Part 3:   Legal Actions or Assignments

**7. Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

■ None.

| Case title Case number | Nature of case | Court or agency's name and address | Status of case |
|------------------------|-----------------|--------------------------------------|----------------|

**8. Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

## Part 4:   Certain Gifts and Charitable Contributions

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|-------------------------------|--------------------------------------------|-------------|-------|

## Part 5:   Certain Losses

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|
| Damages overhead door | **Pending insurance claim of $5,224 to be paid directly to Overhead Door Company of Grand Rapids** | **Within the past year** | **$5,224.00** |

## Part 6:   Certain Payments or Transfers

**11. Payments related to bankruptcy**
List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Debtor   **Turbo Components, Inc.**                                    Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **Keller & Almassian, PLC 230 East Fulton Grand Rapids, MI 49503** | **Attorney Fees** | **Within the past year** | **$158,914.50** |
| | **Email or website address ecf@kalawgr.com** | | | |
| | **Who made the payment, if not debtor?** | | | |
| 11.2. | **Distel Thiede Advisory Services 1500 E. Beltline SE, Ste. 100 Grand Rapids, MI 49506** | **Financial advisory services** | **Within the past year** | **$192,317.08** |
| | **Email or website address** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
   List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
   Do not include transfers already listed on this statement.

   ■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
   List any transfers of money or other property by sale, trade, or any other means made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

   ■ None.

| Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|

**Part 7:**   Previous Locations

14. **Previous addresses**
   List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

   ■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:**   Health Care Bankruptcies

15. **Health Care bankruptcies**
   Is the debtor primarily engaged in offering services and facilities for:
   - diagnosing or treating injury, deformity, or disease, or
   - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Turbo Components, Inc.**                                    Case number *(if known)*

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|
| | | |

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No. Go to Part 10.
☑ Yes. Does the debtor serve as plan administrator?

    ☑ No Go to Part 10.
    ☐ Yes. Fill in below:

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|
| | | | | |

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|
| | | | |

Debtor   **Turbo Components, Inc.** _____   Case number *(if known)* _____

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

■ None

| Part 12: | Details About Environment Information |
|---|---|

For the purpose of Part 12, the following definitions apply:
*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title
Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|
| | | | |

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|
| | | | |

| Part 13: | Details About the Debtor's Business or Connections to Any Business |
|---|---|

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number
Do not include Social Security number or ITIN.

Dates business existed |
|---|---|---|
| | | |

**26. Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service
From-To |
|---|---|
| | |

Debtor    **Turbo Components, Inc.**                                    Case number *(if known)*

| Name and address | Date of service From-To |
|---|---|
| 26a.1. **Andrew Campbell, CPA**<br>**Lothamer Tax Resolution**<br>**3626 Dunckel Road**<br>**Lansing, MI 48910** | **Within the past 2 years** |
| 26a.2. **Distel Thiede Advisory Services**<br>**1500 E. Beltline SE, Ste. 100**<br>**Grand Rapids, MI 49506** | **Within the past year** |
| 26a.3. **Brad Fortenbacher**<br>**536 Ranch Road**<br>**Muskegon, MI 49441** | **Within the past 2 years** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1. **Distel Thiede Advisory Services**<br>**1500 E. Beltline SE, Ste. 100**<br>**Grand Rapids, MI 49506** | **Within the past year** |

| Name and address | Date of service From-To |
|---|---|
| 26b.2. **Andrew Campbell, CPA**<br>**Lothamer Tax Resolution**<br>**3626 Dunckel Road**<br>**Lansing, MI 48910** | **Within the past 2 years** |

| Name and address | Date of service From-To |
|---|---|
| 26b.3. **Brad Fortenbacher**<br>**536 Ranch Road**<br>**Muskegon, MI 49441** | **Within the past 2 years** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|
| 26c.1. **Distel Thiede Advisory Services**<br>**1500 E. Beltline SE, Ste. 100**<br>**Grand Rapids, MI 49506** | |
| 26c.2. **Andrew Campbell, CPA**<br>**Lothamer Tax Resolution**<br>**3626 Dunckel Road**<br>**Lansing, MI 48910** | |
| 26c.3. **Brad Fortenbacher**<br>**536 Ranch Road**<br>**Muskegon, MI 49441** | |

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

■ None

**Name and address**

Debtor    **Turbo Components, Inc.** _____    Case number *(if known)* _____

---

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No

■ Yes. Give the details about the two most recent inventories.

| | Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|---|
| 27.1. | **Brad Fortenbacher** | **2/2/2023** | **See Schedule A/B** |
| | Name and address of the person who has possession of inventory records | | |
| | **Brad Fortenbacher**<br>**536 Ranch Road**<br>**Muskegon, MI 49441** | | |

28. **List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Brad Fortenbacher** | **536 Ranch Road**<br>**Muskegon, MI 49441** | **President** | **0** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Mark Sweany** | **4822 McMillan**<br>**Muskegon, MI 49445** | **Director** | **33.33** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| **Patsy Fortenbacher** | **536 Ranch Road**<br>**Muskegon, MI 49441** | **Director** | **66.67** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

■ No

☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**

Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Brad Fortenbacher**<br>**536 Ranch Road**<br>**Muskegon, MI 49441** | **$52,252.47** | **Within the past year** | **Wages** |
| | Relationship to debtor<br>**President** | | | |

---

Debtor    Turbo Components, Inc. _____    Case number *(if known)* _____

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.2. | **Jay Fortenbacher**<br>**3025 Dawes Road**<br>**Muskegon, MI 49441** | **$60,118.08** | **Within the past year** | **Wages** |
| | Relationship to debtor<br>**President's son** | | | |
| 30.3. | **Brad Fortenbacher**<br>**536 Ranch Road**<br>**Muskegon, MI 49441** | **$7,439.63** | **Within the past year** | **Interest Payment.** |
| | Relationship to debtor<br>**President** | | | |
| 30.4. | **Jill Fortenbacher**<br>**3999 Harris Drive**<br>**Muskegon, MI 49441** | **$10,000.00** | **Within the past year** | **Loan Repayment** |
| | Relationship to debtor<br>**President's Mother** | | | |
| 30.5. | **American Express**<br>**c/o Brad Fortenbacher**<br>**PO Box 981537**<br>**El Paso, TX 79998** | **$18,000.00** | **Within the past year** | **Business expense reimbursements** |
| | Relationship to debtor<br>**President's Charge Account** | | | |
| 30.6. | **TNB, L.L.C.**<br>**536 Ranch Road**<br>**Muskegon, MI 49441** | **$36,000.00** | **Within the past year** | **Commerical Lease Payments** |
| | Relationship to debtor<br>**President's Company** | | | |

31. **Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No
☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No
☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

| Part 14: | Signature and Declaration |
|---|---|

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true

Debtor   **Turbo Components, Inc.**                              Case number *(if known)* _____

and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   __**April 28, 2023**__

__**/s/ Brad Fortenbacher**__                          **Brad Fortenbacher**
Signature of individual signing on behalf of the debtor       Printed name

Position or relationship to debtor   **President** _____

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

# United States Bankruptcy Court
## Western District of Michigan

In re **Turbo Components, Inc.**

Debtor(s)

Case No. _____

Chapter **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Mark Sweany**<br>**4822 McMillan**<br>**Muskegon, MI 49445** | | **33.33** | |
| **Patsy Fortenbacher**<br>**536 Ranch Road**<br>**Muskegon, MI 49441** | | **66.67** | |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date **April 28, 2023**

Signature **/s/ Brad Fortenbacher**

**Brad Fortenbacher**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

## United States Bankruptcy Court
### Western District of Michigan

In re   __Turbo Components, Inc._____

                                                Debtor(s)

Case No.  _____

Chapter  __11_____

## VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:  __April 28, 2023_____          __/s/ Brad Fortenbacher_____

                                               **Brad Fortenbacher**/**President**

                                               Signer/Title

Date:  __April 28, 2023_____          __/s/ A. Todd Almassian_____

                                                 Signature of Attorney

                                               **A. Todd Almassian P55467**

                                             **Keller & Almassian, PLC**

                                             **230 East Fulton**

                                             **Grand Rapids, MI 49503**

                                             **616-364-2100   Fax: 616-364-2200**

.

```
AALBERTS SURFACE TECHNOLOGIES
200 WEDCOR AVENUE
WABASH IN 46992


ACTION INDUSTRIAL SUPPLY
2400 OLTHOFF DRIVE
MUSKEGON MI 49444


ADP
1 ADP BLVD
ROSELAND NJ 07068


AIRGAS USA, LLC
6055 ROCKSIDE WOODS BLVD.
INDEPENDENCE OH 44131


ALL KUT TOOL, INC.
601 DAVY LANE
WILMINGTON IL 60481


ANDREW CAMPBELL, CPA
LOTHAMER TAX RESOLUTION
3626 DUNCKEL ROAD
LANSING MI 48910


APPLIED INDUSTRIAL TECH
22510 NETWORK PLACE
CHICAGO IL 60673-1225


BECK ALUMINUM INTERNATIONAL
6150 PARKLAND BLVD
SUITE 260
CLEVELAND OH 44124


BENCHMARK MANUFACTURING
856 E. BROADWAY AVE
MUSKEGON MI 49444


BORGWARNER TURBO SYSTEMS, LLC
C/O DENNIS W. LOUGHLIN, ESQ.
WARNER NORCROSS & JUDD LLP
2715 WOODWARD AVE, STE. 300
DETROIT MI 48201
```

```
BRAD FORTENBACHER
536 RANCH ROAD
MUSKEGON MI 49441


CALHOUN FOUNDRY COMPANY, INC.
506 S. CLAY STREET
HOMER MI 49245


CALVIN MEEUSEN CO., CPA PLLC
600 S. BEACON BLVD
SUITE 1A
GRAND HAVEN MI 49417


CARPENTER BROTHERS, INC.
PO BOX 88113
MILWAUKEE WI 53288-0113


CHARTER COMMUNICATIONS
SPECTRUM BUSINESS
400 WASHINGTON BLVD
STAMFORD CT 06902


CHASE NEDROW INDUSTRIES
150 LANDROW DRIVE
WIXOM MI 48393


COMERICA BANK
39200 SIX MILE ROAD
MC 7578
LIVONIA MI 48152


COMERICA BANK
99 MONROE AVE
SUITE 1000
GRAND RAPIDS MI 49503


COMERICA BANK
C/O DAN KUBIAK, ESQ.
900 MONROE AVE NW
GRAND RAPIDS MI 49503


CONSUMERS ENERGY
PO BOX 740309
CINCINNATI OH 45274
```

CREATIVE MACHINE REPAIR, LLC
3056 DIXIE AVE, SUITE D
GRANDVILLE MI 49418


CRESTON INDUSTRIAL SALES, INC.
1150 FRONT AVE NW
GRAND RAPIDS MI 49504


DELTA DENTAL OF MICHIGAN
4100 OKEMOS ROAD
OKEMOS MI 48864


DKYEHOUSE COMPANY
18438 171ST AVE
SPRING LAKE MI 49456


EAST RIVER MACH. & TOOL, INC.
1701 WIERENGO DRIVE
MUSKEGON MI 49442


ESSG
PO BOX 741383
ATLANTA GA 30374


EXPRESS SERVICES
PO BOX 945434
ATLANTA GA 30394


FASTTRACK STAFFING SOLUTIONS
PO BOX 1866
OCALA FL 34478


GROW MICHIGAN, LLC
C/O RANDY LONG
TWO LONE PINE ROAD
BLOOMFIELD HILLS MI 48304


HA INTERNATIONAL, LLC
PO BOX 5164
CAROL STREAM IL 60197


HERSCHAL PRODUCTS, INC.
3778 TIMBERLAKE DRIVE
RICHFIELD OH 44286

```
HOWES AND HOWES TRUCKING
PO BOX 159
MESICK MI 49668


HUNTINGTON BANK
41 S. HIGH STREET
COLUMBUS OH 43215


HUNTINGTON BANK
PO BOX 1527
MIDLAND MI 48641


ICS CORPORATION
4675 TALON COURT
GRAND RAPIDS MI 49512


INDUSTRIAL LEASING, LLC
1825 MONROE AVE NW
GRAND RAPIDS MI 49505


INTEGRITY BUSINESS SOLUTIONS
6548 SCHAMBER DRIVE
MUSKEGON MI 49444


INTERNAL REVENUE SERVICE
PO BOX 7346
CENTRALIZED INSOLVENCY
PHILADELPHIA PA 19101-7346


JAMES E. MORGAN, ESQ
HOWARD & HOWARD ATTORNEYS PLLC
450 WEST FOURTH STREET
ROYAL OAK MI 48067


JEAN R. ROBERTSON, ESQ.
6150 PARKLAND BLVD
PARAGON II, SUITE 260
CLEVELAND OH 44124


KANTHAL THERMAL PROCESS, INC.
48941 WEST ROAD
WIXOM MI 48393
```

KEYENCE
500 PARK BLVD, SUITE 200
ITASCA IL 60143


MARK SWEANY
4822 MCMILLAN
MUSKEGON MI 49445


MCDANEL ADVANCE CERAMICS
510 NINTH AVENUE
BEAVER FALLS PA 15010


MCMASTER-CARR
PO BOX 7690
CHICAGO IL 60680


MEDLER ELECTRIC CO.
2155 REDMAN DRIVE
ALMA MI 48801


METHODS MACHINE TOOL, INC.
2155 REDMAN DRIVE
ALMA MI 48801


MICHIGAN GAS
PO BOX 19001
GREEN BAY WI 54307


MICHIGAN UNEMPLOYMENT AGENCY
3024 WEST GRAND BLVD.
TAX OFFICE, SUITE 11-500
DETROIT MI 48202-6024


MIDLAND EQUIPMENT FINANCE
PO BOX 24245
SEATTLE WA 98124


MIKE THOMPSON
80 W. PONTALUNA ROAD
NORTON SHORES MI 49444


MOTIO BUSINESS TECHNOLOGY
22 SOUTH HARBOR DRIVE
SUITE 103
GRAND HAVEN MI 49417

```
MTMIC
PO BOX 673911
DETROIT MI 48267


MUV-ALL INDUSTRIAL SERVICES
2645 NINTH STREET
MUSKEGON MI 49444


NORTON PACKAGING CORPORATION
16859 HAYES STREET
GRAND HAVEN MI 49417


ORION MACHINE, INC.
392 IRWIN AVE
MUSKEGON MI 49442


PADDOCK TOOL CO., INC.
7939 SW 29TH STREET
TOPEKA KS 66614


PATSY FORTENBACHER
536 RANCH ROAD
MUSKEGON MI 49441


PRIORITY HEALTH
3915 MOMENTUM PLACE
CHICAGO IL 60689


PRIORITY HEALTH
1231 E. BELTLINE NE
GRAND RAPIDS MI 49525


PRODUCTION TOOL SUPPLY
4782- 44TH STREET SE
GRAND RAPIDS MI 49512


PROFESSIONAL BUILDING SERVICES
PO BOX 111
FRANKENMUTH MI 48734


PYROTEK, INC-USA
PO BOX 203024
DALLAS TX 75320
```

QUALITY DOOR OF MUSKEGON, INC.
2481 VAN OMMEN DRIVE
HOLLAND MI 49424


QUALITY SPECTROMETER SERVICES
4017 WASHINGTON ROAD
PMB 108
MCMURRAY PA 15317


R & L CARRIERS
PO BOX 271
WILMINGTON OH 45177-0271


RESOURCE RECOVERY CORPORATION
15220 68TH AVE
COOPERSVILLE MI 49404


SHORELINE METAL FABRICATORS
1880 PARK STREET
MUSKEGON MI 49441


SOLVE METROLOGY, LLC
2940 44TH STREET, SUITE 1
GRANDVILLE MI 49418


SPINDLE GRINDING SERVICE, INC.
PO BOX 128
ALBION MI 49224


SPRING LAKE ACE HARDWARE
605 WHITEHALL ROAD
N. MUSKEGON MI 49445


STAR TRUCK RENTALS, INC.
2580 BLACK CREEK ROAD
MUSKEGON MI 49444


STATE OF MICHIGAN
DEPT. OF TREASURY
PO BOX 30754
LANSING MI 48909

```
STEVE BYLENGA, ESQ.
25 DIVISION AVE S.
STE. 500
GRAND RAPIDS MI 49503


SUN DOWN SHEET METAL
5677 AIRLINE ROAD
FRUITPORT MI 49415


TNB, L.L.C.
536 RANCH ROAD
MUSKEGON MI 49441


TUTTLE MANUFACTURING
1032 W. NORTHWEST HWY
BARRINGTON IL 60010


ULINE
PO BOX 88741
CHICAGO IL 60680


UPS
PO BOX 809488
CHICAGO IL 60680


VILLAGE OF SPRING LAKE
WATER/SEWER SERVICES
102 W. SAVIDGE STREET
SPRING LAKE MI 49456


WASTE MANAGEMENT
800 CAPITAL STREET, STE. 3000
HOUSTON TX 77002


WEBER GRINDING CO.
18438 171ST AVE
SPRING LAKE MI 49456


ZION MACHINE & MFG, LLC
16673 148TH AVE, SUITE 2
SPRING LAKE MI 49456


ZORO TOOLS, INC.
909 ASBURY DRIVE
BUFFALO GROVE IL 60089
```

# United States Bankruptcy Court
## Western District of Michigan

In re  **Turbo Components, Inc.**

Debtor(s)

Case No.

Chapter  **11**

### CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Turbo Components, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**April 28, 2023**

Date

**/s/ A. Todd Almassian**

**A. Todd Almassian P55467**

Signature of Attorney or Litigant

Counsel for  **Turbo Components, Inc.**

**Keller & Almassian, PLC**

**230 East Fulton**
**Grand Rapids, MI 49503**
**616-364-2100 Fax:616-364-2200**
**ecf@kalawgr.com**